573 A.2d 1024

In re Appeal of ST. JOSEPH'S CONVENT MOTHER HOUSE, SISTER ADORERS OF THE MOST PRECIOUS BLOOD From the Decision of the Lancaster County Board of Assessment Appeals.

In re TAX PARCEL NO. 30-13G-5-1 MUNICIPALITY: W. Hempfield Township Assessment For Year: January, 1986 Interim-County & School, and 1986-87 School and 1987 Total.

Appeal of ST. JOSEPH'S CONVENT MOTHER HOUSE, SISTER ADORERS OF THE MOST PRECIOUS BLOOD.

Supreme Court of Pennsylvania.

Argued April 2, 1990.

Decided May 7, 1990.

Matthew J. Creme, Jr., Lancaster, for appellant.

Paul K. Allison, Lancaster, for Lancaster County Bd. of Assessment Appeals.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and McDERMOTT, J., dissent.